# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO GARCIA-MURILLO (2),<br><br>Defendant. | Case No. 20-CR-3574 CAB<br><br>**ORDER AND JUDGMENTDISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Cathy Ann Bencivengo |

Based on the motion of the United States to dismiss this defendant without prejudice and in light of the interests of justice, **IT IS HEREBY ORDERED** the Information shall be dismissed without prejudice as to defendant Gustavo Garcia-Murillo (2).

   **IT IS FURTHER ORDERED** that the bond for this defendant shall be exonerated.

   **IT IS SO ORDERED.**

Dated:  May 10, 2021

_____
Honorable Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE